JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 09-2350 JVS (DTBx) | Date | March 1, 2010 |

Title    Deutsche Bank National Trust Co. v. Luis Ruelas, et al.

---

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Remanding Action to Superior Court for the County of San Bernardino

On February 4, 2010, the Court ordered Luis and Veronica Ruelas to show cause in writing within ten days why the case should not be remanded to the Superior Court for the County of San Bernardino for lack of jurisdiction.

No response to the order to show cause having been made, the case is remanded to the Superior Court for the County of San Bernardino for lack of jurisdiction.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | kjt |